IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WORLD FUEL SERVICES, AMERICAS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| DANA MARINE SERVICE, INC., et al., | ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 05-0232-WS-M

**ORDER**

This matter is before the Court on the motion of the intervening plaintiff, Merlin Petroleum Co. ("Merlin") for order to issue warrant of maritime arrest. (Doc. 12). The file reflects that the vessel was arrested on April 18, 2005, pursuant to the Court's order of the same date granting the original plaintiff's motion for issuance of arrest warrant. (Doc. 10). Because the vessel has already been arrested, "the Marshal need not re-arrest ... the vessel." Local Admiralty Rule 6(a). Accordingly, the motion for warrant of arrest is **denied**.[1]

DONE and ORDERED this 26th day of April, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] Merlin is protected against premature release by the provision that "[r]elease of seizure of dismissal by the party originally effecting seizure shall not quash the seizure if there remain pending claims by intervenors, unless by unanimous consent of intervenors or order of court." *Id*. Rule 6(d).