IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WORLD FUEL SERVICES, AMERICAS, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )     CIVIL ACTION NO. 05-0232-WS-M ) |
| DANA MARINE SERVICE, INC., et al., | ) ) |
| Defendants. | ) |

### ORDER

On May 13, 2005, intervening plaintiff Merlin Petroleum Co. ("Merlin") filed a motion to dismiss its claim in intervention without prejudice. (Doc. 17). On May 18, 2005, Merlin filed a motion to stay ruling on its motion to dismiss "until such time as Plaintiff files a similar motion." (Doc. 18). That is, Merlin filed its motion to dismiss prematurely and now asks the Court to leave the motion pending until some indefinite future time. The Court is disinclined to do so. The motion to stay is **denied**. The motion to dismiss is **denied**, without prejudice to Merlin's ability to file a similar motion when appropriate.

DONE and ORDERED this 18th day of May, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE